[No. 31298-1-II. Division Two. May 24, 2005.]

*In the Matter of the Estate of* AMY ELISABETH WHITBECK.

GORDON WHITBECK ET AL., *Appellants*, v. ELISABETH B. HAUBRICK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-4-00145-2, F. Mark McCauley, J., entered January 13, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan and Van Deren, JJ.

[No. 31716-8-II. Division Two. May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FERNANDO ARROYO CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00603-8, David R. Draper, J., entered May 12, 2004. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31727-3-II. Division Two. May 24, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON CHAVEZ MATHIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04087-0, Kitty-Ann van Doorninck, J., entered May 5, 2004. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 31863-6-II. Division Two. May 24, 2005.]

MARK S. HORN, *Appellant*, v. WESCO PROPERTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-00980-3, James E. Warme, J., entered June 7, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.